AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

HARRY KEMPPAINEN

Plaintiff(s),

V.

MIKE REEDER, CRAIG CHAQUICO

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 14-05378-MEJ

Notice is hereby given that, subject to approval by the court, __CRAIG CHAQUICO__ (Party(s) Name) substitutes __BEAU R. BURBIDGE__ (Name of New Attorney), State Bar No. __267267__ as counsel of record in place of __TIMOTHY A. LUNDELL__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: WALKER, HAMILTON & KOENIG LLP
Address: 50 Francisco Street, Suite 460; San Francisco CA 94133
Telephone: (415) 986-3339    Facsimile (415) 986-1618
E-Mail (Optional): beau@whk-law.com

I consent to the above substitution.
Date: 09/09/2015
(Signature of Party(s))

I consent to being substituted
Date: 9/10/15
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 9-9-15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 16, 2015

Judge Maria-Elena James

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

HARRY KEMPPAINEN

    Plaintiff (s),

V.

MIKE REEDER, CRAIG CHAQUICO

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 14-05378-MEJ

Notice is hereby given that, subject to approval by the court, __CRAIG CHAQUICO__ (Party (s) Name) substitutes __WALTER H. WALKER, III__ (Name of New Attorney), State Bar No. __63117__ as counsel of record in place of __TIMOTHY A. LUNDELL__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: WALKER, HAMILTON & KOENIG LLP
Address: 50 Francisco Street, Suite 460; San Francisco CA 94133
Telephone: (415) 986-3339      Facsimile (415) 986-1618
E-Mail (Optional): walter@whk-law.com

I consent to the above substitution.
Date: 09/09/2015                                     _[signature]_ (Signature of Party(s))

I consent to being substituted.
Date: 9/10/15                                        _[signature]_ (Signature of Former Attorney(s))

I consent to the above substitution.
Date: September 8, 2015                              _[signature]_ (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                         _____
                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN                District of                CALIFORNIA

HARRY KEMPPAINEN

        Plaintiff (s),

V.

MIKE REEDER, CRAIG CHAQUICO

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 14-05378-MEJ

Notice is hereby given that, subject to approval by the court, CRAIG CHAQUICO (Party (s) Name) substitutes PETER J. KOENIG (Name of New Attorney), State Bar No. 132437 as counsel of record in place of TIMOTHY A. LUNDELL (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: WALKER, HAMILTON & KOENIG LLP
Address: 50 Francisco Street, Suite 460; San Francisco CA 94133
Telephone: (415) 986-3339            Facsimile (415) 986-1618
E-Mail (Optional): peter@whk-law.com

I consent to the above substitution.
Date: 09/09/2015
(Signature of Party (s))

I consent to being substituted.
Date: 9/10/2015
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/9/15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED

Date: _____    _____
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]