1  Michael L. Smith (State Bar No. 160305)
   *mls@manningllp.com*
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999
5
   Attorneys for Defendant,
6  MIKE REEDER, an individual

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HARRY KEMPPAINEN, an individual, | Case No. 3:14-cv-05378-MEJ |
| Plaintiff, | **~~PROPOSED~~ ORDER GRANTING MOTION FOR REQUEST FOR APPROVAL FOR WITHDRAWAL OF COUNSEL** |
| v. | |
| MIKE REEDER, an individual; and CRAIG CHAQUICO, an individual, | Judge:   Hon. Magistrate Judge Maria-Elena James |
| Defendants. | Complaint filed: December 8, 2014 |

Counsel, Michael L. Smith's Request for Approval for Withdrawal of Counsel has been submitted to the court on December 11, 2015.  After full consideration of the matter, this Court finds as follows:

Counsel's request is GRANTED and hereby is WITHDRAWN as counsel for Defendant, Mike Reeder.

IT IS THEREFORE ORDERED .

Dated:   December 30, 2015

_____
Hon. Magistrate Judge
Maria-Elena James
Judge, United States District Court