| | |
|---|---|
| David H.S. Commins (SBN 124205) | Peter J. Koenig (SBN 132437) |
| Kit L. Knudsen (SBN 154714) | WALKER, HAMILTON & KOENIG, LLP |
| COMMINS & KNUDSEN, P.C. | 50 Francisco St Ste 460 |
| 400 Montgomery Street, Suite 200 | San Francisco, CA 94133 |
| San Francisco, CA 94104 | |
| Tel (415) 391-6490 | Attorneys for Defendant, |
| Fax (415) 391-6493 | Craig Chaquico |
| david@commins.com | |
| kit@commins.com | |

Attorneys for Plaintiff
Harry Kemppainen

Brian Leach (SBN 244744)
LEACH & McGREEVY, LLP
2833 Laguna Street
San Francisco, California 94123
lmlawsf@aol.com

Attorneys for Defendant,
Mike Reeder

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY KEMPPAINEN, an individual, | Case No. C 14-05378 MEJ |
| Plaintiff in Interpleader, | **JOINT STATUS REPORT; ORDER THEREON** |
| v. | |
| MIKE REEDER, an individual; and CRAIG CHAQUICO, an individual, | Judge: Magistrate Maria-Elena James |
| Defendants in Interpleader. | |

**JOINT STATUS REPORT**

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT pursuant to this Court's December 29, 2015 Order issued by Judge Maria-Elena James.

**1.   MEDIATION**

The parties have engaged in post-mediation settlement discussions and settlement discussions are continuing.

**2.   PROPOSED AMENDED CASE MANAGEMENT DEADLINES**

The parties have agreed to extend the discovery cutoff solely for the purposes of completing the depositions of CRAIG CHAQUICO and defendant CHAQUICO's non-retained expert NORMAN HARRIS to May 30, 2016. The parties otherwise do not propose changes to the case management deadlines.

DATED:  January 12, 2016

COMMINS & KNUDSEN, P.C.

/S/
Kit L. Knudsen
Attorneys for Plaintiff
Harry Kemppainen

DATED:  January 12, 2016

WALKER, HAMILTON & KOENIG

/S/
Peter Koenig
Attorneys for Defendant,
Craig Chaquico

DATED: January 12, 2016

LEACH & MCGREEVY, LLP

/S/
Brian Leach
Attorneys for Defendant,
Mike Reeder

**ECUG'O CPCI GO GPV'QTFGT**

The above JOINT STATUS REPORT & PROPOSED ORDER is approved and all parties shall comply with its provisions. The parties shall e-file an updated joint status report by March 17, 2016 (no chambers copy required).

IT IS SO ORDERED.

DATED: 1/19/2016    _____
HON. MARIA-ELENA JAMES
UNITED STATES DISTRICT
MAGISTRATE JUDGE

- 2 -
JOINT STATUS REPORT;
[PROPOSED] ORDER