# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY KEMPPAINEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE REEDER, et al.,<br><br>    Defendants. | Case No. 14-cv-05378-MEJ<br><br>**STATUS ORDER AND ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on July 28, 2016. However, as no joint statement has been filed, the Court **VACATES** the Conference and ORDERS the parties to file a status report by July 28, 2016.

    **IT IS SO ORDERED.**

Dated: July 22, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge