| | |
|---|---|
| David H.S. Commins (SBN 124205) | Peter J. Koenig (SBN 132437) |
| Kit L. Knudsen (SBN 154714) | WALKER, HAMILTON & KOENIG, LLP |
| COMMINS & KNUDSEN, P.C. | 50 Francisco St Ste 460 |
| 400 Montgomery Street, Suite 200 | San Francisco, CA 94133 |
| San Francisco, CA 94104 | |
| Tel (415) 391-6490 | Attorneys for Defendant, |
| Fax (415) 391-6493 | Craig Chaquico |
| david@commins.com | |
| kit@commins.com | |

Attorneys for Plaintiff
Harry Kemppainen

Brian Leach (SBN 244744)
LEACH & McGREEVY, LLP
2833 Laguna Street
San Francisco, California 94123
lmlawsf@aol.com

Attorneys for Defendant,
Mike Reeder

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY KEMPPAINEN, an individual, | Case No. C 14-05378 MEJ |
| Plaintiff in Interpleader, | **JOINT STATUS REPORT;** <br> **[PROPOSED] ORDER** |
| v. | |
| MIKE REEDER, an individual; and CRAIG CHAQUICO, an individual, | Judge: Magistrate Maria-Elena James |
| Defendants in Interpleader. | |

# JOINT STATUS REPORT

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT pursuant to this Court's July 22, 2016 Order issued by Judge Maria-Elena James.

**1.    SETTLEMENT STATUS**

The parties have agreed to mediate the case with Michael Ornstil, Esq. of JAMS. The mediation will take place between September 19, 2016 and September 30, 2016 in accordance with Mr. Ornstil's calendar.

**2.    PROPOSED FURTHER CASE MANAGEMENT CONFERENCE**

The parties propose the Court set a Case Management Conference on a date convenient to the Court's calendar in October 2016.

DATED: July 28, 2016

COMMINS & KNUDSEN, P.C.

  /S/
Kit L. Knudsen
Attorneys for Plaintiff
Harry Kemppainen

DATED: July 28, 2016

WALKER, HAMILTON & KOENIG

  /S/
Peter Koenig
Attorneys for Defendant,
Craig Chaquico

DATED: July 28, 2016

LEACH & MCGREEVY, LLP

  /S/
Brian Leach
Attorneys for Defendant,
Mike Reeder

# CASE MANAGEMENT ORDER

The above JOINT STATUS REPORT & PROPOSED ORDER is approved and all parties shall comply with its provisions. The parties are ordered to appear at a Case Management Conference on October 27, 2016, at 10:00 a.m., Courtroom B, 15th Floor. A joint case management statement shall be filed no later than October 20, 2016. The parties shall alert the court if the case settles.

IT IS SO ORDERED.

DATED: 7/29/2016

HON. MARIA-ELENA JAMES
UNITED STATES DISTRICT MAGISTRATE JUDGE